IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
NOV 29 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:23 CR 617 JUDGE ZOUHARY |
| SHARISE DESTINY-ANNE WILLIAMS, | ) | Title 18, United States Code, Section 554 |
| Defendant. | ) | |

COUNT 1
(Smuggling Goods from the United States, 18 U.S.C. § 554)

The United States Attorney charges:

1. On or about August 23, 2023, in the Northern District of Ohio, Defendant SHARISE DESTINY-ANNE WILLIAMS, did fraudulently and knowingly facilitate the transportation of any article or object prior to exportation, to wit firearms:

| Manufacture | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| Glock | 44 | 22 | Pistol | ADPE879 |
| Glock | 22GEN4 | 40 | Pistol | USX415 |
| Glock | 20 | 10mm | Pistol | CABT697 |
| Glock | 43 | 9mm | Pistol | BCTK321 |
| SARSILMAZ(SAR ARMS) | SAR 9 METE | 9mm | Pistol | T1102-21CD52382 |
| Glock | 23 | 40 | Pistol | BXZZ576 |
| Glock | 48 | 9mm | Pistol | BWVX531 |
| Glock | 43 | 9mm | Pistol | AHLT794 |
| FMK Firearms Inc | Recon | 9mm | Pistol | SBD1578 |
| Glock | 19X | 9mm | Pistol | BGRG806 |
| Glock | 43X | 9mm | Pistol | BLUE679 |
| Glock | 43 | 9mm | Pistol | BHYN187 |
| Smith & Wesson | SW9VE | 9mm | Pistol | DSK2933 |
| CANIK55 | METE SFT | 9mm | Pistol | 21CC07621 |
| Glock | 19X | 9mm | Pistol | BRYM857 |
| Glock | 43 | 9mm | Pistol | ZWA649 |

ORIGINAL

| Smith & Wesson | M&P 380 | 380 | Pistol | RCT9450 |
| --- | --- | --- | --- | --- |
| HS PRODUKT (IM METAL) | Hellcat | 9mm | Pistol | BY269139 |
| HS PRODUKT (IM METAL) | XDS | 9mm | Pistol | S3825787 |
| Ruger | Standard | ZZ | Pistol | None |
| Kimber | Ultra Carry II | 45 | Pistol | KU210831 |
| Smith & Wesson | M&P 45 | 45 | Pistol | HNK4856 |
| Smith & Wesson | M&P 9 Shield | 9mm | Pistol | JAZ8781 |
| Smith & Wesson | M&P 9 | 9mm | Pistol | NHC1520 |
| GIRSAN | MC 28 SA | 9mm | Pistol | T6368-20AV00482 |
| HS PRODUKT (IM METAL) | XD40 | 40 | Pistol | US390677 |
| Bersa | Thunder 380 | 380 | Pistol | 653483 |
| Stoeger | STR-9SC | 9mm | Pistol | T6429-22Y07922 |
| Stoeger | STR-9F | 9mm | Pistol | T6429-23Z02226 |
| Sig-Sauer | P250 | Multi | Pistol | EAK116846 |
| Romarm/Cugir | Mini Draco | 7.62 | Pistol | PG-7732 |
| Grand Power S.R.O. | Stribog SP9A3G | 9mm | Pistol | GGA01110 |
| Towers Armory | none | .223/5.56 | Rifle | AR00500 |
| Anderson Manufacturing | AM-15 | .223/5.56 | Rifle | 21267784 |

knowing the same to be intended for exportation, contrary to the Export Control Reform Act, 50 U.S.C. § 4819 and the Export Administration Regulations, 15 C.F.R. § 774, a law and regulation of the United States, in violation of Title 18, United States Code, Section 554 to the Dominion of Canada.

## FORFEITURE

The United States Attorney further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant SHARISE

2